

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00030-CV

Patricia A. **MAPLES**,
Appellant

v.

Royce L. **MAPLES**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-14007
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

On October 31, 2016, appellant filed a Plea in Abatement asking this court to abate this appeal pending resolution of an appeal pending before the United States Supreme Court. On November 2, 2016, appellee's counsel informed this court that an objection to the request would be filed. No response or objection has been filed by appellee. If appellee desires to file a response to appellant's Plea in Abatement, he must do so no later than November 14, 2016. If appellee does not respond by November 14, 2016, this court will rule on appellant's plea in abatement without benefit of a response.

It is so **ORDERED** on November 9, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court